OPINION OF THE COURT
 

 Memorandum.
 

 The order should be affirmed, without costs.
 

 This appeal, here by permission of the Appellate Division, Second Department, from an order of that court which unanimously affirmed, without opinion, a judgment of the Supreme Court, Nassau County, raises no novel or complex issues of law. The rules of the Right to Life Party expressly permitted the State chairman to nominate the party’s candidate in this special election. These rules must be given effect by the courts (Election Law, § 6-120, subd 3;
 
 Democratic Party of U. S. v La Follette,
 
 450 US 107;
 
 Matter of Kohler v McNab,
 
 48 NY2d 625, 626). The certificate of nomination was executed by the State chairman in accordance with such rules and statutory law (Election Law,
 
 *737
 
 § 6-156, subd 1; § 6-120, subd 3; cf.
 
 Matter of McGovern [Olson],
 
 291 NY 104). In short, none of the technical objections justify invalidating the nomination
 
 (Matter of Gresser v Cohen,
 
 275 NY 440, 445).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler and Fuchsberg concur; Judge Meyer taking no part.
 

 Order affirmed, without costs, in a memorandum.